David Henderson
Law Offices of David Henderson
30003 Minnesota Drive, Suite 203
Anchorage, AK 99503
Phone: 907-677-1234
Fax: 888-965-9338
dh@henderson-law.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LALEYA CHRISTIANSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>_____ ) | Case no. _____ |

## **COMPLAINT**

COMES NOW Plaintiff Laleya Christianson and states as follows:

### **Jurisdiction**

1. At all times relevant hereto, Laleya Christianson was a resident of Wasilla, Alaska, in the District of Alaska.

2. This cause of action arises under the Federal Tort Claims Act, 28 U.S.C. sec. 1346, 2401, and 2671, et seq.

Complaint
*Christianson v. United States of America*      1

3. At all times relevant hereto, Brooke Field, R.N., was an employee and/or agent of the United States of America.

4. At all times relevant hereto, the Alaska Native Medical Center was an agent of the United States of America.

5. Each of the employees and entities named above were acting within the scope of their employment and/or agency at the time of the events described herein.

6. More than six months ago, the claim set forth herein was presented to the United Stated Department of Health and Human Services, Public Health Services. The claim was denied.

7. Based on paragraphs 1-6 above, this court has jurisdiction over the claim asserted herein.

## I. Facts

8. On June 30, 2014 Brooke Field, R.N., started an IV in the right hand of the Plaintiff. The IV was started in the lateral aspect of the wrist. The Plaintiff experienced extreme pain. The nurse continued to probe and left the IV in the Plaintiff's wrist for more than one minute despite the Plaintiff complaining of extreme pain. The IV was finally removed, but only after damage to the radial nerve. An IV was then placed in the Plaintiff's left forearm.

9. The Plaintiff underwent surgery on November 13, 2014 and February 25, 2015 to try and alleviate the chronic pain from damage to the radial nerve. Both surgeries were unsuccessful. The Plaintiff now suffers from complex regional pain syndrome.

Complaint
*Christianson v. United States of America*     2

LAW OFFICES OF DAVID HENDERSON
3003 Minnesota Drive, Suite 203
Anchorage, Alaska  99503
Phone: (907) 677-1234
Fax: (888) 965-9338
dh@henderson-law.com

## II. Allegation of Negligence and Recklessness

10. Plaintiff incorporates the allegations set forth in Paragraphs 1-9.

11. Ms. Field, as an agent and/or employee of the Alaska Native Medical Center, failed to exercise the degree of care ordinarily exercised under the circumstances by a registered nurse by putting the IV in the wrong place, leaving the IV in place after the Plaintiff complained of pain, and failed to notify the physician of Plaintiff's painful response to the failed IV insertion attempt.

12. Ms. Field also failed to document the first IV attempt, failed to document the Plaintiff's response, and failed to document the description of the site after the IV was removed.

13. The negligent and reckless care and conduct of Ms. Field was a direct and proximate cause of the Plaintiff's injuries.

WHEREFORE, Plaintiff prays for relief as follows:

1. Past and future pain and suffering.
2. Past and future medical expenses.
3. Past and future lost earning capacity and wage losses.
4. Any other relief the court deems just and proper.

DATED this 9th day of February, 2017, at Anchorage, Alaska.

LAW OFFICES OF DAVID HENDERSON
Attorney for the Plaintiff

s/ David Henderson
David Henderson  #9806014

Complaint
*Christianson v. United States of America*     3